UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

SHANNON T. CRAIG,

    Plaintiff,

v.

MINNEAPOLIS POLICE DEPARTMENT,

    Defendant.

Civil No. 11-264 (MJD/SER)

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau [Doc. No. 3]. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: March 18, 2011

    s/Michael J. Davis
    Michael J. Davis
    Chief Judge
    United States District Court