UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

SHANNON T. CRAIG,

    Plaintiff,

v.

MINNEAPOLIS POLICE DEPARTMENT,

    Defendant.

Civil No. 11-264 (MJD/SER)

**AMENDED ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau [Doc. No. 3]. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 18, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court